## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  GABRIEL BRAVO,
        Debtor                                         :     CHAPTER 13

                                                         :     BANKRUPTCY NO. 21-12926

### ORDER SUR DEBTOR'S MOTION FOR RECONSIDERATION OF COURT'S ORDER OF OCTOBER 18, 2022

AND NOW, this 22nd day of November 2022, after oral argument this date on the Debtor's Motion for Reconsideration of Court's Order of October 18, 2022, it is hereby ORDERED as follows:

1. The Motion is GRANTED as to the $500 payment made by the Debtor to E. Z. Cashing, LLC in November 2021.  The Debtor shall be given credit for that payment at settlement.

2. For the reasons stated on the record at that hearing, in all other respects, the Motion is DENIED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

1