Appellant Designation: 12/19/2022
Transmission to DC: 01/03/2023

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GABRIEL BRAVO,** | : | **CHAPTER 13** |
| Debtor | | |
| | : | **BANKRUPTCY NO. 21-12926** |

**NOTICE OF APPEAL**

GABRIEL BRAVO, the Debtor in the above case ("the Debtor"), hereby appeals to the United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C. section 158(a)(1), from the Orders entered in this case dated November 22, 2022, which denied in significant part, the Debtor's Motion for Reconsideration of the Court's Order of October 18, 2022, which overruled the Debtor's Objection to the Proof of Claim filed in this case by E-Z Cashing, LLC. The names of all parties interested in the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Parties: The Debtor; E-Z Cashing, LLC; Kenneth West; United States Trustee's Office

Attorney for Debtor: David A. Scholl, Esq., 512 Hoffman St., Philadelphia, PA. 19148, 610-550-1765

Attorney for E-Z Cashing, LLC, Justin L. Krik, Esq., Krik Law, 1500 JFK Blvd., Suite 630, Philadelphia, PA. 19103, 267-381-3180

Kenneth West, Standing Chapter 13 Trustee, 1234 Market St., Suite 1813, Philadelphia, PA. 19107, 215-627-1377

United States Trustee's Office, 900 Market St., Suite 300, Philadelphia, PA.  19107, 215-597-4411

                                                          _____
/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Attorney for Appellant

CC:
Judge Magdeline D. Coleman
David A. Scholl, Esquire
Justin L. Krik, Esquire
Kenneth E. West, Esquire, Trustee
Gabriel Bravo, Debtor
U.S. District Court
U.S. Trustee

  A.  Stevenson 12/05/2022