**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  GABRIEL BRAVO,           :   CHAPTER 13
         Debtor           :   BANKRUPTCY NO. 21-12926

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

GABRIEL BRAVO ("the Appellant") )now comes and designates the following items to be included in the Record of this matter on appeal:

**NO. ON DOCKET**     **ITEM**

         Docket Entries in bankruptcy case

         Proof of Claim of E-Z Cashing, LLC, Claim No. 1

18     Objection to Proof of Claim of E-Z Cashing, LLC, No. 1

29     Response to Objection to Claim

43 & 44     Pre-Trial Statement of Debtor with Exhibits

46     Pre-Trial Statement of E-Z Cashing, LLC

50     Transcript of Zoom Hearing on Objection to Claim

64     Brief of Debtor Addressing Objection to Claim

65     Brief in Opposition to Debtor's Objection

100     Order that the Objection is Overruled

111     Motion to Reconsider Order of October 18, 2022

114   Response to Motion to Reconsider

116   Transcript of Hearing on Motion to Reconsider

118   Order that Motion to Reconsider Is Granted in Part

120   Notice of Appeal

                                                                                                          _____

                                                                                                          /s/DAVID A. SCHOLL

                                                                                                          512 Hoffman Street

                                                                                                          Philadelphia, PA  19148

                                                                                                          610-550-1765
                                                                                                          Attorney for Debtor/Appellant