**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  GABRIEL BRAVO,                    :    CHAPTER 13
      Debtor                              :    BANKRUPTCY NO. 21-12926

**APPELLANT'S DESIGNATION OF ISSUES TO BE PRESENTED ON APPEAL**

GABRIEL BRAVO ("the Appellant") now comes and designates the following issues to be presented by him in this matter on appeal:

1. Whether the bankruptcy court correctly determined that res judicata barred the Debtor from arguing that the court should consider or credit the payments that the Debtor made to the creditor during two prior bankruptcy cases.

2. Whether the failure to credit payments made to the creditor by the Debtor during the two prior bankruptcy cases constituted such improper and fraudulent conduct that res judicata should not have been applied in favor of the creditor.

                                                                                                               _____

                                                                                                          /s/ DAVID A. SCHOLL
                                                                                                          512 Hoffman Street
                                                                                                          Philadelphia, PA  19148
                                                                                                          610-550-1765
                                                                                                          Attorney for Debtor/Appellant