UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                         Telephone
Clerk                                                                                                       (215) 408-2800

January 3, 2023

Re:     Gabriel Bravo
        Bankruptcy No.: 21-12926
        Civil Action No.: 22-4820

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered by the Honorable .
    Notice of appeal filing fee ()paid  ()not paid

(XX) Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

**Transcript of Zoom Hearing on Objection to Claim- Not part of Court Record.**

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                For the Court

                                Timothy B. McGrath
                                Clerk

                                By: Antoinette Stevenson
                                Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20____.

Civil Action No. _____            Signature:_____

Miscellaneous No. _____           Date: _____

Assigned to Judge _____                                          BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | |
| | | Chapter 13 |
| Gabriel Bravo | : | |
| | : | Bankruptcy No. 21-12926 |
| | : | Adversary No. |
| | : | Civil Action No. 22-4820 |

## CERTIFICATE OF APPEAL FROM ORDERS OF
## THE BANKRUPTCY JUDGE DATED 10/18/2022 (#106) & 11/22/2022 (#118)
## ENTERED ON THE DOCKET 10/19/2022 (#106) & 11/22/2022 (#118)

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed 12/04/2022 and certify that the above proceeding was properly before the Honorable Magdeline D. Coleman, Bankruptcy Judge.

For the Court

Timothy B. McGrath
Clerk

By: _Antoinette Stevenson_
Deputy Clerk

**Counsel of Record**

David A. Scholl, Esquire

Law Office of David A. Scholl

512 Hoffman Street Philadelphia, PA 19148

Counsel for Debtor, Gabriel Bravo/Appellant

Justin L. Krik, Esquire
JLK Law PLLC d/b/a Krik Law
1500 JFK Blvd.
Suite 630

Philadelphia, PA 19102
Counsel for Creditor E-Z Cashing, LLC

Kenneth E. West, Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
Chapter 13 Trustee

United States Trustee
Office of the United States Trustee Robert
N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107